**07CR 750**

Minute Order Form (rev. 4/99)   **MAGISTRATE JUDGE COLE**

## UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE ANDERSEN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 GJ 1365 | DATE | NOVEMBER 14, 2007 |
| CASE TITLE | US v. JOSEPH LEVATO & BENJAMIN MUOGHALU | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL MARCH 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge  *Nan R. Nolan*

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO BOTH DEFENDANTS.

**FILED**
NOV 1 4 2007
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| ___ No notices required, advised in open court. | | | Date docketed | |
| ___ No notices required. | | | Docketing | |
| ___ Notices mailed by judge's staff. | | | copy, initials | |
| ___ Notified counsel by telephone. | | | Date mailed | |
| ___ Docketing to mail notices. | | | notice | |
| ___ Mail AO 450 form. | | | Mailing | |
| ___ Copy to judge/magistrate judge. | | | dpty, initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |