**FILED**

NOV 1 4 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE ANDERSEN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   03 GJ 1365 |
| | ) | |
| | ) | **MAGISTRATE JUDGE COLE** |
| JOSEPH LEVATO and | ) | |
| BENJAMIN MUOGHALU | ) | **07CR   750** |

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

1. No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Dated: November 14, 2007

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Lisa Noller*

LISA M. NOLLER
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5314