# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **APPEARANCE BOND FOR** |
| VS. | ) | Case No. 07 CR 750-1 |
| Levato | ) | |

**FILED NOV 2 1 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

I, the undersigned, acknowledge that I am bound to pay to the United States of America the sum of **four - five hundred** dollars ($ **4500** ), and have deposited ten percent of that amount with the Clerk of the Court. Receipt number _____ .

The conditions of this bond are that I will appear before the United States District Court for the Northern District of Illinois at Chicago, Illinois, and at such other places as I may be required to appear, in accordance with any and all orders and directions relating to my appearance in the above-entitled matter as may be given or issued by a Magistrate Judge or Judge of the United States District Court to which I may be removed or the Cause transferred; I am not to depart the Northern District of Illinois, or the jurisdiction of any other United States Court to which I may be removed or transferred after I have appeared in such other district pursuant to the terms of this bond, except in accordance with such orders or warrants as may be issued by the Magistrate Judge or the United States District Court for the Northern District of Illinois or the United States District Court for such other district: That I am to abide by any judgment entered in such matter by surrendering myself to serve any sentence imposed and obeying any order or direction in connection with such judgment as the Court imposing it may prescribe.

If I appear as ordered and otherwise obey and perform the foregoing conditions of this bond, then this bond is to be void; but if I fail to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District Court against me for the amount stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

I agree and understand that this is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as I am duly exonerated.

This bond is signed on this **21** day of **November** at Chicago, Illinois.

_____
Signature of Defendant

Signed and acknowledged before me this **Nov.** ___ day of **21** , 19 **2007**

_____
Magistrate Judge        Deputy Clerk

**PLEASE PRINT**
**DEFENDANT INFORMATION**

Name: **Joseph Levato**           (Individual Who Can Contact Defendant)

Add: _____         Name: _____

City: _____        Address: _____

Phon: _____        Phone: (___) _____

(Revised 11/92)