## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Andersen | Sitting Judge if Other than Assigned Judge | Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 750 - ALL | **DATE** | 11/21/2007 |
| **CASE TITLE** | USA vs. Joseph Levato and Benjamin Muoghalu | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendants appear in response to notice of arraignment on 11/21/07. Defendants informed of their rights. Government and defendants agree on certain conditions of release. Arraignment proceedings held. Defendants informed of their rights. Defendants waives formal reading of the Indictment and enters a plea of not guilty. Rule 16 conference to be held by 11/28/07. Pretrial motions to be filed by 12/5/07. Status hearing is set for 12/19/07 at 10:00 a.m. before Judge Andersen. Enter excludable time from arraignment 11/21/07 to and including 12/19/07.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|