# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                             Case No.: 1:07−cr−00750
                                              Honorable Wayne R. Andersen

Joseph Levato, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

      MINUTE entry before Judge Wayne R. Andersen :as to Joseph Levato, Benjamin Muoghalu, Time is hereby excluded to 12/20/2007 pursuant to 18:3161(h)(1)(F). Status hearing reset for 12/20/2007 at 10:00 AM. Mailed notice (tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.