UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 750 |
| | ) | |
| v. | ) | Judge Wayne R. Andersen |
| | ) | |
| JOSEPH LEVATO and | ) | |
| BENJAMIN MUOGHALU | | |

NOTICE OF MOTION

     PLEASE TAKE NOTICE that on THURSDAY, DECEMBER 20, 2007 at 10:00 a.m. at the opening or as soon thereafter as counsel may be heard, I will appear before the Honorable Wayne R. Andersen in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present APPLICATION FOR ORDER TO DISCLOSE TAX RETURNS AND RETURN INFORMATION, in the above-captioned case, at which time and place you may appear if you see fit.

                              PATRICK J. FITZGERALD
                              United States Attorney

                              By: s/Lisa M. Noller
                                  LISA M. NOLLER
                                  Assistant United States Attorney
                                  219 South Dearborn Street
                                  Chicago, Illinois   60604
                                  (312) 886-2065