Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Wayne R. Andersen | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 7 CR 750 | **DATE** | 12/21/2007 |
| **CASE TITLE** | United States of America vs. Joseph Levato and Benjamin Muoghalu | | |

**DOCKET ENTRY TEXT**

Enter order for disclosure of tax returns and return information.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

Courtroom Deputy Initials: TSA